**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 18-1093**

MOHAMMAD A. MIAN,

        Plaintiff - Appellant,

    v.

JOHN PAUKSTIS, Chief Executive Officer; HABITAT FOR HUMANITY
METRO MARYLAND,

        Defendants - Appellees.

Appeal from the United States District Court for the District of Maryland, at Greenbelt.
Paula Xinis, District Judge.  (8:17-cv-01971-PX)

Submitted:  May 17, 2018                     Decided:  May 18, 2018

Before KING and AGEE, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Mohammad A. Mian, Appellant Pro Se.  Patrick Kevin Burns, GORDON & REES, LLP,
Washington, D.C., for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Mohammad A. Mian appeals the district court's order dismissing his employment discrimination complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm substantially for the reasons stated by the district court. *Mian v. Paukstis*, No. 8:17-cv-01971-PX (D. Md. Jan. 2, 2018). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*